# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

RHONDA DENNIE, individually and as personal representative of the estate of V.K., Jr., deceased

        Plaintiff

   v.

Civil Action No.  2:23-cv-16

INDIANA DEPARTMENT OF EDUCATION, TERMED: 01/10/2024
INDIANA STATE BOARD OF EDUCATION, TERMED: 01/10/2024
GARY CITY OF, TERMED: 01/10/2024
ADVISORY BOARD OF GARY COMMUNITY SCHOOL CORP.
GARY COMMUNITY SCHOOL CORP.
WESTSIDE LEADERSHIP ACADEMY

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other:  This case is DISMISSED.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Magistrate Judge John E Martin.

DATE: 10/17/2024                    CHANDA J. BERTA, CLERK OF COURT

                                    by  s/ M. Murray_____
                                    *Signature of Clerk or Deputy Clerk*